IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 07-40037-JPG |
| vs. | ) | |
| | ) | |
| JACOB A. MESSIC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

Comes now the United States of America, by and through its attorneys, A. Courtney Cox, Acting United States Attorney for the Southern District of Illinois, and Amanda A. Robertson, Assistant United States Attorney, together with the defendant, JACOB A. MESSIC, and his counsel of record, Justin Kuehn, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea, is limited to the offenses charged in the superseding indictment, and is not an exhaustive account of the defendant's involvement in or knowledge regarding this or other criminal activity.

On July 20, 2006, at approximately 3:20 p.m., defendant, Rodney Messic, and John Brown robbed the First Neighbor Bank, in Casey, Illinois. Brown drove the Messics to Casey in a vehicle that Brown had leased from Enterprise Leasing. Brown waited in the vehicle to act as the "get-away" driver while the Messics entered and robbed the bank. The Messics, who were armed with guns and wearing masks, ordered tellers Marilyn Hudson, Donna Pogue, and other employees to give them "all the money." Hudson and Pogue emptied the teller drawers into the Messics' bags. After the Messics received the money, the bank employees were ordered to lie on the floor. The bank

employees were told that the robbers "knew where they lived," and "would burn their house down." The employees were instructed to lie on the floor and not move for five minutes. The Messics exited the bank, got into Brown's rental vehicle, and Brown drove them away from the scene.

The $28,380.00 that was taken from the First Neighbor Bank, was divided between the Messics and Brown. On July 20, 2006, the deposits of the First Neighbor Bank were insured by the Federal Deposit Insurance Corporation. Casey is located in Clark County, in the Southern District of Illinois.

On August 23, 2006, at approximately 2:50 p.m., defendant, Rodney Messic, and John Brown robbed the Elkville State Bank, in Elkville, Illinois. Brown drove the Messics to Elkville in a black 2006 Chevrolet Monte Carlo that Brown had leased from Enterprise Leasing. Brown waited in the vehicle to act as a "get-away" driver while the Messics entered and robbed the bank. Inside the bank, the Messics, who were wearing masks, displayed guns and demanded the bank's money. Defendant jumped over a rail and went at Rollin "Bud" Havens, the bank president who had been balancing out the bank drawers. There was a scuffle when Havens attempted to pull off defendant's mask and Havens was injured. After the Messics fled the bank, they got into Brown's rental vehicle and Brown drove them away from the scene. Havens was 81 years-old at the time of the robbery.

The $15,205.00 taken from the Elkville State Bank, was divided between the Messics and Brown. On August 23, 2006, the deposits of the Elkville State Bank were insured by the Federal Deposit Insurance Corporation. Elkville is located in Jackson County, in the Southern District of Illinois.

During post-arrest statements with law enforcement, defendant admitted to agents that he, Rodney Messic and Brown had committed the First Neighbor Bank and Elkville State Bank armed

robberies. Generally, Brown would locate the banks to rob, would rent the vehicles, and would do other planning for the robberies. After Brown's expenses were deducted, the remainder of the robbery proceeds would be divided up between the Messics and Brown. The firearms that were used were provided by Brown and Rodney Messic.

Respectfully submitted,

_____
JACOB L. MESSIC
Defendant

_____
AMANDA A. ROBERTSON
Assistant United States Attorney

_____
JUSTIN KUEHN
Attorney for Defendant

Date: 8/14/08

Date: August 14, 2008